# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ANTHONY TORRES, *aka Eddie Torres; aka Eddie Duarte; aka Anthony Pac*,<br><br>Defendant. | Case No. MJ-17-70-GF-JTJ<br><br>ORDER VACATING<br>DETENTION HEARING |

Defendant Edward Torres, filed an unopposed Motion to Vacate the Detention Hearing. (Doc. 11). Good cause appearing,

**IT IS HEREBY ORDERED** that the Detention Hearing, presently set for Wednesday, December 20, 2017, at 1:30 p.m., is hereby **VACATED**.

DATED this 20th day of December, 2017.

/s/ John Johnston
_____
John Johnston
United States Magistrate Judge